UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Calvin Wedington,              )
                              )
            Petitioner,        )
                              )          Case: 1:16−cv−01014
      v.                       )          Assigned To : Unassigned
                              )          Assign. Date : 5/31/2016
                              )          Description: Habeas Corpus/2255    (G Deck)
USA et al.,                    )
                              )
            Respondents.       )

MEMORANDUM OPINION

Petitioner, proceeding *pro se*, is incarcerated at the Federal Medical Center in Rochester,

Minnesota. He has submitted a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

and an application to proceed *in forma pauperis*. A district court lacking jurisdiction over a

habeas petitioner's immediate custodian lacks jurisdiction over the petition. *Stokes v. U.S.*

*Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). *See Rooney v. Sec'y of Army*, 405 F.3d

1029, 1032 (D.C. Cir. 2005) (habeas "jurisdiction is proper only in the district in which the

immediate . . . custodian is located") (internal citations and quotation marks omitted).

This Court cannot exercise jurisdiction over petitioner's warden in Minnesota, but the

interest of justice would not be served by transferring the case because petitioner has stated no

cogent grounds for relief. *See Mayle v. Felix*, 545 U.S. 644, 649 (2005) ("Rule 2(c) of the Rules

Governing Habeas Corpus Cases requires a more detailed statement [than Rule 8(a) of the

Federal Rules of Civil Procedure]. The habeas rule instructs the petitioner to 'specify all the

grounds for relief available to [him]' and to 'state the facts supporting each ground.'"). Hence, this case will be dismissed without prejudice. A separate Order accompanies this Memorandum Opinion.

Date: May 2 , 2016

United States District Judge